The Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERIC SOENEKE,<br><br>Defendant. | NO. CR24-5053 BHS<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney Jocelyn Cooney is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA request to be terminated and to be removed from receiving CM/ECF notices.

//
//
//

Notice of Withdrawal - 1
*United States v Meric Soeneke,* CR24-5053 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  AUSA Michael F. Harder has entered his appearance as counsel of record for the
2  government, and all future pleadings and correspondence shall be directed to AUSA
3  Michael F. Harder

4      DATED this 10th day of April 2024.

                                  Respectfully submitted,

                                  TESSA M. GORMAN
                                  United States Attorney

                                *s/ Jocelyn Cooney*
                                JOCELYN COONEY
                                Assistant United States Attorney
                                United States Attorney's Office
                                700 Stewart Street, Suite 5220
                                Seattle, Washington 98101
                                Phone: 206-553-7970
                                Fax: 206-553-0882
                                Email: jocelyn.cooney@usdoj.gov

Notice of Withdrawal - 2
*United States v Meric Soeneke,* CR24-5053 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970